■ In the Matter of ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of CARINA J. PUGH, Appellant, v ADRIAN THOMAS, Respondent. [40 NYS3d 326]—Appeal from an order of the Family Court, Oneida County (Julia Brouillette, J.), entered June 19, 2015 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of petitioner to the corrected order of a Support Magistrate and confirmed the corrected order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Peradotto, J.P., Lindley, NeMoyer and Scudder, JJ.